445 A.2d 218

In the Interest of McCormick, a minor.

Appeal of Bonnie McCormick, a minor Commonwealth (Participating Party).

Argued February 17, 1981. Marsha Levick, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, participating party.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

MONTEMURO, J., filed a memorandum concurring statement.